United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30251
Conference Calendar

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

HANNIBAL X. BROWN,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:02-CR-111-ALL-B
--------------------

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Counsel appointed to represent Hannibal X. Brown has moved
for leave to withdraw and has filed a brief as required by Anders
v. California, 386 U.S. 738 (1967).  Brown has filed a response
and requested the appointment of substitute counsel.

    Our independent review of the brief, Brown's response, and
the record discloses no nonfrivolous issue for appeal.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities herein, and the appeal

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is DISMISSED.  See 5TH CIR. R. 42.2.  Brown's motion to appoint substitute counsel is DENIED.